UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO.: 05-11170- MEL |
| | ) |
| MARRIOTT INTERNATIONAL, INC.<br>and ZURICH NORTH AMERICA, | )<br>)<br>) |
| Defendants. | )<br>) |

**LOCAL RULE 83.1(C) CERTIFICATION OF GINA A. FONTE,
COUNSEL FOR ZURICH NORTH AMERICAN**

In accordance with Local Rule 83.1(c), I, Gina A. Fonte, hereby certify that I have been a member in good standing of the bar of the Commonwealth of Massachusetts since 1999 and the United States District Court for the District of Massachusetts since 1999. I am not currently under an order of suspension, disbarment or other discipline.

ZURICH AMERICAN INSURANCE
COMPANY,
By its Attorneys,

*/s/ Gina A. Fonte*
Peter G. Hermes, BBO. No. 231840
Gina A. Fonte, BBO No. 642367
HERMES, NETBURN, O'CONNOR &
SPEARING, P.C.
111 Devonshire Street, 8th Floor
Boston, MA 02109
(617) 728-0050
(617) 728-0052 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2005, I served the above notice on the Plaintiffs in the above-entitled action by mailing a copy thereof, postage prepaid, to counsel of record:

Garrett Bradley, Esquire
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Anthony Campo, Esq.
Boyle, Morrissey & Campo
695 Atlantic Avenue
Boston, MA 02111

*Gina A. Fonte*
Gina A. Fonte

G:\DOCS\PGH\clients\zurich\Heavern\Pleadings\GAF Local Certification.doc