UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 05-11170- MEL |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| and ZURICH NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

### THE DEFENDANT, ZURICH NORTH AMERICA'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, Zurich American Insurance Company incorrectly identified as Zurich North America ("ZAIC"), identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

ZAIC is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss Corporation (The remaining 0.1289% is owned by ZGA US Limited). Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation. Zurich Group Holding is owned 43% by Allied Zurich p.l.c. and 57% by Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depositary Receipts.

ZURICH AMERICAN INSURANCE
COMPANY,
By its Attorneys,


_/s/ Gina A. Fonte_
Peter G. Hermes, BBO. No. 231840
Gina A. Fonte, BBO No. 642367
HERMES, NETBURN, O'CONNOR &
SPEARING, P.C.
111 Devonshire Street, 8th Floor
Boston, MA  02109
(617) 728-0050
(617) 728-0052 (Fax)


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2005, I served the above notice on the Plaintiffs in the above-entitled action by mailing a copy thereof, postage prepaid, to counsel of record:

Garrett Bradley, Esquire
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Anthony Campo, Esq.
Boyle, Morrissey & Campo
695 Atlantic Avenue
Boston, MA 02111


_/s/ Gina A. Fonte_
Gina A. Fonte

G:\DOCS\PGH\clients\zurich\Heavern\Pleadings\Corporate Disclosure Statement.doc