UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11170MEL

| | |
|---|---|
| JULIA HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, NICOLE HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, KERIN MITCHELL, BY HER PARENTS AND NEXT FRIENDS, ELLEN AND JIM MITCHELL, TAYLOR VIEIRA, BY HER PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA, AND BRIAN VIEIRA, BY HIS PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA<br>    Plaintiffs<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. AND ZURICH NORTH AMERICA<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ADDENDUM TO RULE 16.1 JOINT STATEMENT – CERTIFICATION OF MARRIOTT'S CLAIMS HANDLER**

By signing this Joint Statement Regarding Pretrial Schedule (or any counterpart), each party and the party's respective counsel represent that she, he or its authorized representative have met and conferred with counsel with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Daniel S. Wilmer, Marriott's
Claim Handler

Dated: July 1, 2005