UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

Civil Action No.: 05-11170MEL

| | |
|---|---|
| JULIA HEAVERN, et al. | ) |
|     Plaintiffs, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| CAPITOL HOTEL COMPANY | ) |
| (Name changed from MARRIOTT | ) |
| INTERNATIONAL, INC.) and | ) |
| ZURICH NORTH AMERICA, | ) |
|     Defendants. | ) |

**ASSENTED TO MOTION REGARDING DEFENDANT,
MARRIOTT INTERNATIONAL, INC.'S NAME CHANGE TO
CAPITOL HOTEL COMPANY**

Now comes the Parties in the above matter and moves this Honorable Court to amend the Defendant, Marriott International, Inc.'s name to Capitol Hotel Company. In support thereof, the parties state:

1. This is an action sounding in tort brought by the Plaintiff arising out of a pool incident which occurred on March 15, 2003 at the Courtyard Marriott in Concord, New Hampshire.

2. Defendant counsel for Marriott International, Inc. has informed plaintiff that they have had a name change to Capitol Hotel Company.

3. Justice and judicial economy will best be served by the allowance of this motion.

Respectfully submitted,
PLAINTIFFS,

*[signature]*
Garrett J. Bradley, Esquire
BBO#629240
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

ASSENTED TO:

Defendant,
MARRIOTT INTERNATIONAL, INC.

*[signature]*
Keith L. Sachs, BBO# 634025
BOYLE, MORRISSEY & CAMPO, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

Defendant,
ZURICH NORTH AMERICA

*[signature]*
Gina A. Fonte, Esquire
BBO# 642367
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
111 Devonshire Street, 8th Floor
Boston, MA 02109

Date: 7/25/05

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 7/26/05