UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11170MEL

| | |
|---|---|
| JULIA HEAVERN, BY HER PARENTS AND | ) |
| NEXT FRIENDS, DENISE AND PAUL HEAVERN, | ) |
| NICOLE HEAVERN, BY HER PARENTS AND | ) |
| NEXT FRIENDS, DENISE AND PAUL HEAVERN, | ) |
| KERIN MITCHELL, BY HER PARENTS AND | ) |
| NEXT FRIENDS, ELLEN AND JIM MITCHELL, | ) |
| TAYLOR VIEIRA, BY HER PARENTS AND | ) |
| NEXT FRIENDS, KATHY AND STEVE VIEIRA, | ) |
| AND BRIAN VIEIRA, BY HIS PARENTS AND | ) |
| NEXT FRIENDS, KATHY AND STEVE VIEIRA | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL HOTEL COMPANY AND | ) |
| ZURICH NORTH AMERICA | ) |
| Defendants | ) |

## DEFENDANT CAPITAL HOTEL COMPANY'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Capital Hotel Company certifies that Capital Hotel Company has no parent company and that no publicly held company owns ten percent (10%) or more of Capital Hotel Company's stock.

THE DEFENDANT,
CAPITAL HOTEL COMPANY,
BY ITS ATTORNEY,

Date: _____

_____
Anthony M. Campo, BBO# 552093
Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue

Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**COUNSEL FOR THE PLAINTIFF**

Garrett J. Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110

**COUNSEL FOR ZURICH NORTH AMERICA**

Peter G. Hermes, Esq.
Gina A. Fonte, Esq.
Hermes, Netburn, O'Connor
& Spearing, P.C.
111 Devonshire Street
Boston, MA 02109-5407

SIGNED UNDER THE PENALTIES OF PERJURY THIS 2𝓿ᵗʰ DAY OF

20 𝟎𝟓

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775