UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11170MEL

| | |
|---|---|
| JULIA HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, NICOLE HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, KERIN MITCHELL, BY HER PARENTS AND NEXT FRIENDS, ELLEN AND JIM MITCHELL, TAYLOR VIEIRA, BY HER PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA, AND BRIAN VIEIRA, BY HIS PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA<br>    Plaintiffs<br><br>v.<br><br>CAPITAL HOTEL COMPANY AND ZURICH NORTH AMERICA<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CAPITAL HOTEL COMPANY'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULES 26.1(B) AND 26.2**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rules 26.1(B) and 26.2, defendant Capital Hotel Company hereby submits its initial disclosure statement.

    I.    **Fed. R. Civ. P. 26(a)(1)(A): Names of Individuals with Information Relevant to Disputed Facts:**

In addition to any and all individuals identified by the other parties to this action, the defendant identifies the following persons as individuals who may possess information relevant to the factual issues that are disputed among the plaintiffs and defendants:

    1.    Current and/or Former Employees of Capital Hotel Company:

        a. Michael Scavotto;

        b. Mark Austin;

       c. Robin Duquette;

       d. Cathi Tingley;

       e. Rose Reidsema;

       f. Lorne Boulet;

       g. Patricia Blanchard; and

       h. Pam Patoine.

2. Marriott Employee:

       a. Carla Prince, Marriott Guest Relations, (402) 390-4791

3. Business Entities:

       a. Ask a Nurse, (603) 626-2626

       b. Concord Hospital, (603) 225-2711

**II.  Fed. R. Civ. P. 26(a)(1)(B): Description By Category and Location of All Documents Relevant to the Disputed Facts**

The defendant has produced herein all documents in its possession, custody or control reasonably believed to be relevant to the facts at issue. The defendant will produce other non-privileged materials as requested.

**III. Insurance Information**

At this time, Capital understands that it is insured for such a loss and that no reservation of rights has issued at this time. The defendant will supplement with policy information in a timely fashion.

2

THE DEFENDANT,
CAPITAL HOTEL COMPANY,
BY ITS ATTORNEY,

Date: 9/19/05

Anthony M. Campo, BBO# 552093
Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a), I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**COUNSEL FOR THE PLAINTIFF**

Garrett J. Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110

**COUNSEL FOR ZURICH NORTH AMERICA**

Peter G. Hermes, Esq.
Gina A. Fonte, Esq.
Hermes, Netburn, O'Connor
 & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109-5407

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th DAY OF _____, 2005.

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue

3

Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775