## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JULIA HEAVERN, et al
              Plaintiff(s)

         v.                           CIVIL ACTION NO.  05-11170-MEL

ZURICH NORTH AMERICA
              Defendant(s)

## JUDGMENT IN A CIVIL CASE

**LASKER,S.D.J.**

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

### IT IS  ORDERED AND ADJUDGED :

In accordance with the Endorsement dated October 31, 2005.
Defendant Zurich North America's motion for
Summary Judgment is Granted. The Complaint
against the defendant Zurich North America
is Dismissed.

SARAH A. THORNTON -  CLERK

Dated: November 15, 2005               /s/ George H. Howarth
                                ( By )  Deputy Clerk

(judgciv.frm - 10/96)                              [jgm.]