UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CAPITOL HOTEL COMPANY<br>(COURTYARD MARRIOTT),<br><br>Defendant. | CIVIL ACTION NO.: 05-11170-MEL |

CERTIFICATE OF COMPLIANCE

I, Garrett J. Bradley, attorney for the Plaintiffs, do hereby certify that on this 21st day of February, 2006, I gave notice of the foregoing documents pursuant to District Court Rule 7.1 to all counsel of record via facsimile transmission and first class mail:

1. Assented to Motion to Extend Discovery Deadline and Tracking Order Deadlines
2. Affidavit of Service

All counsel has assented to said motion and no opposition will be filed.

Signed under the pains and penalties of perjury this 21st day of February, 2006.

Garrett J. Bradley, BBO #629240
Attorney for the Plaintiffs
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110-2102
(617) 720-1333