## AFFIDAVIT OF SERVICE

I, Garrett J. Bradley, do hereby certify that on this 15th day of June, 2006, I served the above notice on the Defendants in the above-entitled action by mailing a copy thereof, postage prepaid, to counsel of record:

Anthony Campo, Esq.
Keith L. Sachs, Esq.
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111

_____
Garrett J. Bradley