UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, NICOLE HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, KERIN MITCHELL, BY HER PARENTS AND NEXT FRIENDS, ELLEN AND JIM MITCHELL, TAYLOR VIEIRA, BY HER PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA, AND BRIAN VIEIRA, BY HIS PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA<br>    Plaintiffs<br><br>v.<br><br>CAPITAL HOTEL COMPANY<br>    Defendant | C.A. NO.: 05-11170MEL |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Capital Hotel Company, in the above captioned action.

THE DEFENDANT,
BY ITS ATTORNEY,

Date: 11-21-06

Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617)451-2000

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael P. Johnson, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

<u>COUNSEL FOR THE PLAINTIFF</u>

Garrett J. Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21st DAY OF November, 2006.

_____
Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775