**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


JULIA HEAVERN, et al.        )
                                    )
        Plaintiffs          )
                                    )
v.                           )        **CIVIL ACTION NO.: 05-11170-MEL**
                                    )
CAPITAL HOTEL COMPANY   )
(COURTYARD MARRIOTT)    )
        Defendant       )


NOTICE OF APPEARANCE


       I, Colleen Carroll, Esquire, enter an appearance for the Plaintiff, Nicole Heavern et al, in the above-entitled matter.


                             Respectfully submitted,

                             s/ Colleen Carroll
                             COLLEEN CARROLL
                             BBO No. 561145
                             Attorney for Plaintiffs
                             272 Saint George Street,
                             Duxbury, MA  02332
                             (781) 934-6495


Dated: 2/22/2007