UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>CAPITOL HOTEL COMPANY<br>(COURTYARD MARRIOTT),<br><br>　　　　Defendant. | CIVIL ACTION NO.: 05-11170-MEL |

## MOTION TO WITHDRAW

　　Plaintiffs in this action hereby respectfully request that this Court grant permission for present counsel, Garrett J. Bradley of Thornton & Naumes, LLP to withdraw as counsel for the plaintiffs.

　　As reason for this request, the undersigned points to the Notice of Appearance of Attorney Colleen Caroll for Plaintiffs which was filed with this Court on February 22, 2007. In this notice, Attorney Colleen Carroll requests permission of this Court to appear as an attorney in this matter. The undersigned assert that notice of this Motion to Withdraw has been served on all counsel of record and on the Plaintiffs in compliance with Local Rule 83.5.2. Plaintiffs understand and consent to this motion to withdraw. Further, there are no motions pending—with the exception of an assented to motion for an extension of time filed by Attorney Carroll and Attorney Johnson— no trial date has been set, and there are no hearings or conferences scheduled. Again, as Attorney Carroll has entered her notice of appearance in this matter and

will function as the new counsel of record for Plaintiffs, the granting of the undersigned's withdrawal should not prejudice the Plaintiffs in any way.

The undersigned further request that all future notices, pleadings and other filings be transmitted to attorney Carroll, and that attorney Garrett J. Bradley and the law firm of Thornton & Naumes be removed from future mailings and electronic notifications should this motion to withdraw be granted.

WHEREFORE, the plaintiffs and present counsel, Thornton & Naumes, LLP, respectfully request that the Court grant this Motion.

DATED this 22 day of February, 2007.

Respectfully submitted,

/s/ Garrett J. Bradley
Garrett J. Bradley, BBO#629240
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>CAPITOL HOTEL COMPANY<br>(COURTYARD MARRIOTT),<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.: 05-11170-MEL<br>)<br>)<br>)<br>)<br>) |

ORDER FOR WITHDRAWAL OF COUNSEL (PROPOSED)

THIS MATTER is before the Court on the Motion of Garrett J. Bradley, of Thornton & Naumes, LLP, to withdraw as counsel for plaintiffs. The Court finds and concludes that the Motion should be granted.

Based upon the foregoing, it is hereby ORDERED AND ADJUDGED:

1. That Garrett J. Bradley, Thornton & Naumes, LLP, is granted leave to withdraw as counsel for Plaintiffs.

   DATED THIS ____ DAY OF _____, 2007

BY THE COURT:

_____
SENIOR DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JULIA HEAVERN, et al.  )<br>  )<br>　　　　Plaintiffs,  )<br>v.  )<br>  )  **CIVIL ACTION NO.: 05-11170-MEL**<br>CAPITOL HOTEL COMPANY  )<br>(COURTYARD MARRIOTT),  )<br>  )<br>　　　　Defendant.  )<br>  ) | |

**CERTIFICATE OF SERVICE**

　　I, Garrett J. Bradley, hereby certify that on 22 February, 2007 I electronically filed a true and correct copy of the foregoing documents with the Clerk of the Court using the ECF system, which will send a notification to all attorneys of record.

　　I also mailed a copy of the foregoing documents to the remaining plaintiffs in this matter:

**Nicole Heavern**,
c/o Denise and Paul Heavern
7 Glover Ave
Hull, MA 02045

　　　　　　　　　　　　　　　　　　　　　　/s/ Garrett J. Bradley
　　　　　　　　　　　　　　　　　　　　　　Garrett J. Bradley