# BOYLE, MORRISSEY & CAMPO, P.C.
## Attorneys at Law

www.BMCattorneys.com

695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
Facsimile (617) 451-5775

John D. Boyle•
Michael W. Morrissey
Anthony M. Campo • ••
Robert J. Doonan
Thomas J. Fay •
Mark W. Shaughnessy •
Peter L. Bosse
Michael C. Palermo •
Scott M. Carroll
Dawn M. Piccirilli

A. Peter Leary (1963 – 2004)

Of Counsel
Allen H. Forbes
Nicholas B. Kosiavelon

Also Admitted to Practice in:
* New Hampshire
** New York
^ Florida
^^ Virginia
+ Connecticut

Jan M. Gould
Kevin M. Riordan
Teri A. McHugh ^
Aaron R. White
Christopher G. Perillo
Timothy R. Scannell
Michael P. Johnson
Kathryn C. Sullivan
Daniel N. Lissner ^^
Thomas S. Kaplanes
Kristin A. Grant •
Jason L. Drori +
Erin M. Grealy

Manchester Office:
650 Elm Street, Suite 401
Manchester, NH 03101
Telephone: (603) 668-6216
Facsimile: (603) 668-6217

February 24, 2007

Civil Clerk's Office
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Julia Heavern, et al v. Marriott International, Inc., et al
    C.A. No.: 05-11170MEL
    Our File No.: ZA1-6580

Dear Sir or Madam:

Enclosed for filing with regard to the above referenced matter please find the following documents:

1. Notice of Withdrawal of Appearance of Keith L. Sachs; and
2. Certificate of Service.

Thank you for your attention to this matter.

Very truly yours,

Michael P. Johnson

MPJ/kca
Enclosures
cc: Colleen Carroll, Esq.
W:\Cases\6580\ltrs\2006\ct enc noa now 11-16-06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, NICOLE HEAVERN, BY HER PARENTS AND NEXT FRIENDS, DENISE AND PAUL HEAVERN, KERIN MITCHELL, BY HER PARENTS AND NEXT FRIENDS, ELLEN AND JIM MITCHELL, TAYLOR VIEIRA, BY HER PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA, AND BRIAN VIEIRA, BY HIS PARENTS AND NEXT FRIENDS, KATHY AND STEVE VIEIRA<br>　　Plaintiffs<br><br>v.<br><br>CAPITAL HOTEL COMPANY<br>　　Defendant | C.A. NO.: 05-11170MEL |

### NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the defendant, Capital Hotel Company, in the above-captioned matter.

THE DEFENDANT,
CAPITAL HOTEL COMPANY,
BY ITS ATTORNEY,

Date: 2-24-07

/s/ Keith Sachs
Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael P. Johnson, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**COUNSEL FOR THE PLAINTIFF**

Colleen Carroll, Esq.
Walsh, Firnrohr, Carroll & McCarthy
272 Saint George St.
Duxbury, MA  02332


SIGNED UNDER THE PENALTIES OF PERJURY THIS 24th DAY OF _____February_____, 20 07.

Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775