UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JULIA HEAVERN, et al | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 05-11170-MEL |
| v. | ) ) | |
| CAPITOL HOTEL CO., et al | ) ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 14, 2007      /s/ George H. Howarth
Boston, Massachusetts       Deputy Clerk