UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA HEAVERN, BY HER PARENTS AND<br>NEXT FRIENDS, DENISE AND PAUL HEAVERN,<br>NICOLE HEAVERN, BY HER PARENTS AND<br>NEXT FRIENDS, DENISE AND PAUL HEAVERN,<br>KERIN MITCHELL, BY HER PARENTS AND<br>NEXT FRIENDS, ELLEN AND JIM MITCHELL,<br>TAYLOR VIEIRA, BY HER PARENTS AND<br>NEXT FRIENDS, KATHY AND STEVE VIEIRA,<br>AND BRIAN VIEIRA, BY HIS PARENTS AND<br>NEXT FRIENDS, KATHY AND STEVE VIEIRA<br>    Plaintiffs<br><br>v.<br><br>CAPITAL HOTEL COMPANY<br>   Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO.: 05-11170MEL<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties to the above captioned action hereby

stipulate that said action be dismissed with prejudice, without interest, costs or attorney fees, and

without right of appeal.


THE PLAINTIFFS,                                THE DEFENDANTS
BY THEIR ATTORNEY,                             BY THEIR ATTORNEY,


_____                        _____
Colleen Carroll                                Michael P. Johnson BBO# 641827
Walsh, Firnrohr, Carroll                       Boyle, Morrissey & Campo, P.C.
& McCarthy                                     695 Atlantic Avenue
272 Saint George St.                           Boston, MA 02111
Marshfield, MA  02332                          (617)451-2000
(781) 934-6495


## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael P. Johnson, do hereby
certify that a copy of the foregoing documents have been served first-class postage prepaid on all

parties or their representatives in this action as listed below:

## COUNSEL FOR THE PLAINTIFF

Colleen Carroll, Esq.
Walsh, Firnrohr, Carroll & McCarthy
272 Saint George St.
Duxbury, MA  02332

SIGNED UNDER THE PENALTIES OF PERJURY THIS 6th DAY OF
June , 2008.

Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

6580\PLEAD\stip dis